IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIO BONANI,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil Action No. 10-329<br><br>Judge Alan N. Bloch<br>Magistrate Judge Cathy Bissoon |

## MEMORANDUM ORDER

On June 22, 2010, this case was referred to United States Magistrate Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On October 15, 2010, the magistrate judge issued a Report (Doc. 16) recommending that Plaintiff's Motion for Summary Judgment (Doc. 10) be granted, that Defendant's Motion for Summary Judgment (Doc. 13) be denied, and that this case be remanded for further administrative proceedings. Service of the Report and Recommendation was made on the parties, and Defendant has filed Objections. *See* Doc. 17.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

AND NOW, on this ___3rd___ day of ___January___, 20_11_, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (**Doc. 10**) is **DENIED**, Defendant's Motion for Summary Judgment (**Doc. 13**) is **DENIED**, and this case is **REMANDED FORTHWITH** to the Commissioner of Social Security for further administrative proceedings consistent with the magistrate judge's Report and Recommendation.

The Plaintiff requested remand for the award of benefits. This Court finds that the case should be remanded for further consideration. Therefore, Plaintiff's Motion for Summary Judgment is not granted, but denied. Therefore, the Court adopts the Report and Recommendation of Magistrate Judge Bissoon dated October 15, 2010, as the Opinion of the District Court with the exception that the plaintiff's Motion for Summary Judgment is DENIED.

                                          s|Alan N. Bloch
                                          Alan N. Bloch
                                          United States District Judge

ecf:     Counsel of record